## ASSOCIATION OF LITHUANIAN WORKERS ET AL. v. BROWNELL, ATTORNEY GENERAL.

No. 295.   Decided October 28, 1957.

*Joseph Forer* and *David Rein* for petitioners.  *Nathan Witt* for Association of Lithuanian Workers, petitioner.

*Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *B. Jenkins Middleton* for respondent.

PER CURIAM.

The petition for writ of certiorari is granted.  The judgments are vacated and the causes are remanded to the District Court with directions to dismiss the proceedings as moot.